## Caflisch *v.* Logue, Appellant.

*Appeal—Quashing appeal—No final decree—Equity—Injunction.*

Where a preliminary injunction is granted, and a designated time and place are "fixed as the time and place for hearing motion to continue the same, subject to the defendant's right to dissolve at any time," and subsequently on a motion to dissolve, the court orders that the matter be "continued to give counsel for plaintiff opportunity to file his answer, to regular argument court," an appeal taken from both orders will be quashed.

Argued Oct. 10, 1906. Appeal, No. 173, Oct. T., 1906, by defendant, from orders of C. P. Somerset Co., No. 9, Equity Docket, 1906, in equity in case of J. C. Caflisch and A. L. Caflisch, trading as Caflisch Brothers, v. George W. Logue. Before MITCHELL, C. J., FELL, BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ. Appeal quashed.

Bill in equity for an injunction.

From the record it appeared that the court entered the following decrees:

And now, to wit, June 2, 1906, upon presentation of within bill and of injunction affidavits, and after approval of injunction bond filed by plaintiffs, a preliminary injunction, as prayed for within, is granted, and Saturday, June 9, 1906, at 10 o'clock A. M., at the court room, Somerset, Pa., fixed as the time and place for hearing motion to continue the same, subject to the defendant's right to move to dissolve at any time. Sec. Reg.

August 13, 1906, case called by attorney King and matter continued to give counsel for plaintiffs an opportunity to file their answer, returnable to regular argument court, to which attorney King objects and bill sealed.

*Errors assigned* were the decrees of the court.

*Alexander King*, with him *John R. Scott* and *Koontz & Ogle*, for appellant.

*W. H. Ruppel*, for appellees.

PER CURIAM, October 10, 1906:
Appeal quashed at bar.